CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jose Espinoza-Aguirre<br>DOB: 2004; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-02601MJ |

Complaint for a violation of Title 18, United States Code, § 554(a)

On or about October 6, 2025, in the District of Arizona, **Jose Espinoza-Aguirre** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) AR pistol, two (2) Smith & Wesson 9mm pistols, and various ammunition consisting of 203 rounds 5.7x28mm, 81 rounds .357 magnum, 79 rounds .223 PML Remington, 141 rounds .223 Frontier Remington, and eight (8) 9mm rounds, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On October 6, 2025, at approximately 8:25 p.m., **Jose Espinoza-Aguirre** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Jose ESPINOZA-AGUIRRE** who was the driver and sole occupant of a Silver in color 2001 Nissan Sentra, bearing a handwritten paper tag "38563ER". The vehicle did in fact have a 3-day restricted use permit (38563ER) valid from 10-06-2025 to 10-09-2025, issued to Maria Fernanda Meneses Aguilar at the 2100 block of N. Grand Ave., Trailer 54, Nogales, Arizona. **ESPINOZA-AGUIRRE** told CBPO'S he had picked up the vehicle for his father in Phoenix and was taking the vehicle to him in Mexico. **ESPINOZA-AGUIRRE** stated his father purchases and sells vehicles for a living in Mexico. CBPO'S obtained a negative orally binding declaration for weapons, ammunition, or currency in excess of $10,000.00. During the inspection at primary, CBPO'S tapped the doors on the passenger side of the vehicle and felt the doors were firmer than normal. CBPO'S used a density meter and obtained a reading higher than what is usually observed in vehicle doors. A CBP Canine Enforcement Officer brought his dog to conduct a sniff of the vehicle. The K9 gave a positive alert for a trained odor around the rear passenger door. The vehicle was driven by CBPO's to the Z-Portal and anomalies were observed in the vehicle. A search of the vehicle resulted in the discovery of items concealed in three packages in the passenger side rear door and in four packages in the driver side rear door.

The items found were: an AR pistol and two (2) Smith & Wesson 9mm pistols; accessories such as a Palmetto State .308 Lower, Palmetto State 5.56 Lower, Palmetto State .308 Upper, 5.56 Upper, Truglo 1-6x24 scope, Vortex red dot, metal hand guard (complete), plastic MOE hand guard upper, plastic MOE hand guard with bipod, 2 MOE pistol grips, 2 pistol magazines, P magazine 5.56 magazine, and a flash hider.
**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**MARC S HOWARD** Digitally signed by MARC S HOWARD<br>Date: 2025.10.08 09:17:25 -07'00' |
|---|---|
| AUTHORIZED BY AUSA R. Arellano  *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.10.08 09:09:23 -07'00' | OFFICIAL TITLE<br>HSI SA Marc Howard |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 8, 2025 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2 of 5

The following assortment of ammunition was found: 203 rounds 5.7x28mm, 81 rounds .357 magnum, 79 rounds .223 PML Remington, 141 rounds .223 Frontier Remington, and eight (8) 9mm rounds.

In a post-*Miranda* statement, **ESPINOZA-AGUIRRE** stated he had no idea why he was being detained. **ESPINOZA-AGUIRRE** stated he had gone to pick up the vehicle for his father with a coworker. He stated he only knew the coworker's name as "Jose Ignacio" and did not know the whole name. **ESPINOZA-AGUIRRE** stated he and "Jose Ignacio" crossed into the United States at the Mariposa Port of Entry that morning of October 06, 2025. **ESPINOZA-AGUIRRE** stated there was a white in color GMC Sierra diesel 4-door truck parked in the lot across from the gas station near the port of entry. After crossing into the U.S., "Jose Ignacio" drove them to Phoenix where they picked up two cars. "Jose Ignacio" then drove them to Mesa where they obtained the Nissan Sentra **ESPINOZA-AGUIRRE** had been driving. **ESPINOZA-AGUIRRE** stated he did not know the exact locations where the vehicles were picked up from but that they picked up the Nissan Sentra from an auto shop in Mesa, Arizona.

**ESPINOZA-AGUIRRE** was asked who the vehicle was registered to, and he stated, "Maria Meneses Aguilar". When asked how he knew Maria Meneses Aguilar, **ESPINOZA-AGUIRRE** stated she was married to his brother. **ESPINOZA-AGUIRRE** began to say that a similar incident happened to Maria Meneses Aguilar, to which SA Howard told **ESPINOZA-AGUIRRE** that he/SA Howard had arrested Maria Meneses Aguilar the previous year for weapons smuggling. **ESPINOZA-AGUIRRE** stated he did not know there was anything illegal in the vehicle.

NOTE: Maria Fernanda Meneses Aguilar was arrested at the DeConcini Port of Entry on August 22, 2024, attempting to smuggle a total of 1,582 rounds of .50 caliber rifle ammunition, 20 rounds of 7.62 x 39 mm rifle ammunition, 15 rifle magazines and two (2) rifle buttstocks from the United States into the Republic of Mexico.

Utilizing law enforcement databases, investigators found a white in color GMC truck bearing Mexico license plate UU7037A being driven into the United States on October 03, 2025, at the Mariposa Port of Entry by **ESPINOZA-AGUIRRE**. There are no further license plate reader hits on the plate going either north past the I-19 Border Patrol checkpoint or going outbound into Mexico.

Utilizing law enforcement databases, investigators found a subject by the name of "Jose Ignacio Martinez Villegas" who has a prior crossing history with **ESPINOZA-AGUIRRE**. That person did cross in the pedestrian lane at the Mariposa Port of Entry approximately two minutes ahead of **ESPINOZA-AGUIRRE**.

**ESPINOZA AGUIRRE** stated he knew it was illegal to cross guns and ammunition into Mexico and further stated he did not have a license to export guns or ammunition from the United States into Mexico.

The firearms and ammunition found in the vehicle **Jose ESPINOZA-AGUIRRE** was driving qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ESPINOZA-AGUIRRE** did not possess an import/export license nor present one to the CBPOs.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

25-02601MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 3 of 5



**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

25-02601MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 4 of 5



**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

25-02601MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 5 of 5

